UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UCHENNA BUHARI,

        Plaintiff,

v.                                          Case No. 23-cv-86-pp

SCHOENECK CONTAINERS,

        Defendant.

---

**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

---

On January 23, 2023, the plaintiff filed a complaint alleging that the defendant had engaged in discrimination. Dkt. No. 1. The plaintiff provided an address on W. Silver Spring Drive in Glendale, Wisconsin. Id. at 8.

The court did not screen the complaint right away, and on May 22, 2023, the court received a letter from the plaintiff inquiring about the status of the case. Dkt. No. 4. The plaintiff explained that the plaintiff came to Wisconsin "briefly" because the plaintiff's mother was ill; the plaintiff's mother passed away on July 6, 2023. Id. The plaintiff explained that the plaintiff was presently unemployed but "desiring to return back to Texas." Id. The plaintiff expressed a desire to simply "receive payment" for the alleged mistreatment, "depart this place" and visit the plaintiff's mother's grave; the plaintiff asked the court to move the case forward. Id. The envelope containing the plaintiff's letter bore a return address on W. Silver Spring in Glendale. Dkt. No. 4-1.

1

The court screened the complaint on July 12, 2023. Dkt. No. 5. Because the court could not determine from the complaint what had happened to the plaintiff that constituted discrimination, and because the court did not know whether the plaintiff had obtained a right-to-sue letter from the EEOC, the court ordered the plaintiff to file an amended complaint. Id. at 9. The court ordered the plaintiff to file the amended complaint (or a request for more time to file it) in time for the court to *receive* it by the end of the day on August 4. 2023. Id. at 12. On July 12, 2023, the court mailed the order to the plaintiff at the address on W. Silver Spring Drive in Glendale.

The August 4, 2023 deadline has passed. The court did not receive the order back by return mail as undeliverable; the court has no indication that the plaintiff did not receive the order. It has been just over four weeks since the court issued its order and more than a week since the August 4, 2023 deadline for filing an amended complaint, and the court has received nothing from the plaintiff. The plaintiff has not complied with the court's order to amend the complaint (or ask for more time to do so) by August 4, 2023. The July 12, 2023 order advised the plaintiff that if the court did not receive an amended complaint (or a request or more time to file one) by the end of the day on August 4, 2023, the court "[might] dismiss the case without further notice or hearing." Dkt. No. 5 at 12.

The court understands that the plaintiff has gone through a great deal and has alleged that the treatment received at the hands of the defendant was discriminatory and traumatic. But without more details, the court cannot

2

determine whether the plaintiff has stated a claim for which a federal court may grant relief. The court will dismiss the case without prejudice, which means that the plaintiff may re-file it (assuming no statutory or other limitation periods preclude re-filing).

The court **ORDERS** that the case is **DISMISSED WITHOUT PREJUDICE** for failing to comply with the court's order to file an amended complaint (or request more time to do so) by the end of the day on August 4, 2023. The clerk will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 14th day of August, 2023.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**